PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 6:01-CR-6081T |

| DOCKET NUMBER (Rec. Court) |
|---|
| 3:08-cr-140-J-32MCR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Richard Brink | New York Western | Rochester |

| NAME OF SENTENCING JUDGE |
|---|
| Michael A. Telesca, U.S. District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/07/2008 | TO 03/06/2011 |
|---|---|---|

**OFFENSE**

Possession of a Firearm by a Felon

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __New York - Rochester__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of Florida__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/27/08
DATE

[signature]
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

EFFECTIVE DATE        UNITED STATES DISTRICT JUDGE