Office of the Clerk
UNITED STATES DISTRICT COURT
Western District of New York
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614
(585) 613-4000

2008 MAY 16 PM 1: 10

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Middle District of Florida
Clerk US District Court
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

Date: 4/28/08
Re: Transfer of Jurisdiction (01cr6081)

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22 accepting transfer of jurisdiction to the Southern District of New York.

Enclosed please find certified copies of papers concerning the offender, such as the indictment and/or Information, Judgement and Commitment order, Docket Sheet along with any other papers you deem necessary.

Very truly yours,

RODNEY C. EARLY, Clerk

By: _____
Tricia M. Ofray
Deputy Clerk

Enclosure

CLOSED_2002

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
### CRIMINAL DOCKET FOR CASE #: 6:01-cr-06081-MAT-WGB-1
#### Internal Use Only

Case title: USA v. Brink

Date Filed: 08/21/2001
Date Terminated: 02/21/2002

Assigned to: Hon. Michael A. Telesca
Referred to: USMJ William G. Bauer

**Defendant (1)**

**Richard A. Brink**
TERMINATED: 02/21/2002

represented by **William Clauss**
Federal Public Defender
30 West Broad Street
Suite 106
Rochester, NY 14614
(716) 263-6201
TERMINATED: 02/21/2002
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Public Defender Appointment

**Pending Counts**

18:924A.F PENALTIES FOR FIREARMS
(1)

**Disposition**

Defendant is hereby committed to the custody of the BOP for incarceration for a term of 63 months to run concurrently with the state sentence of 24 months for parole violation currently being served; upon release def. shall be placed on supervised re lease for a term of 3 years; with conditions of supervision; def. shall pay SPA of $100.00 (MAT)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**



ATTEST: A TRUE COPY
DISTRICT COURT W.D.N.Y
RODNEY C. EARLY, CLERK

18:924A.F PENALTIES FOR
FIREARMS                                               dismissed
(2)


**Highest Offense Level (Terminated)**

Felony


| **Complaints** | **Disposition** |
| None |  |

---

**Plaintiff**

USA                                   represented by **Lori Gilmore**
                                                      U.S. Attorney's Office
                                                      100 State Street
                                                      Rochester, NY 14614
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2001 | 1 | INDICTMENT as to Richard A. Brink (1) count(s) 1-2 (TO) (Entered: 08/22/2001) |
| 08/23/2001 |  | (Court only) **Added Government Attorney Lori Gilmore as to Richard A. Brink (JL) (Entered: 08/23/2001) |
| 08/23/2001 | 2 | PETITION on Writ Of Habeas Corpus as to Richard A. Brink with ORDER to issue writ( Signed by USMJ William G. Bauer ) Notice and copy to Lori Gilmore (TO) (Entered: 08/24/2001) |
| 08/23/2001 |  | WRIT of Habeas Corpus ad Prosequendum issued as to Richard A. Brink for 8/24/01 (TO) (Entered: 08/24/2001) |
| 08/24/2001 | 3 | ORDER REFERRING CASE to USMJ William G. Bauer as to Richard A. Brink, for all pretrial matters( Signed by Senior USDJ Michael A. Telesca ) Notice and copy to Lori Gilmore (TO) (Entered: 08/24/2001) |
| 08/24/2001 |  | (Court only) **Added for Richard A. Brink Attorney William Clauss (CM) (Entered: 08/27/2001) |
| 08/24/2001 | 14 | Arraignment as to Richard A. Brink held; def. advised of rights; def. requests court appointed counsel; federal public defender appointed; financial affidavit filed; def. pleads not guilty; set scheduling order deadlines; (WGB) (TO) (Entered: 09/20/2001) |
| 08/24/2001 | 14 | Minute entry as to Richard A. Brink :, to Continue in Interests of Justice Time Excluded from 8/24/01 to 10/1/01 , and set Detention Hearing for 9:00 |

| | | 9/29/01 for Richard A. Brink (WGB) (TO) (Entered: 09/20/2001) |
|---|---|---|
| 08/27/2001 | 4 | ORDER as to Richard A. Brink, set Scheduling Order Deadlines: Oral argument for 9:00 10/22/01 for Richard A. Brink ; Discovery cutoff to 9/1/01 for Richard A. Brink ; Motion Filing to 10/1/01 for Richard A. Brink ; Responses to Motions to 10/15/01 for Richard A. Brink ; , to Continue in Interests of Justice Time Excluded from 8/24/01 to 10/1/01 ( Signed by USMJ William G. Bauer ) Notice and copy of order sent to William Clauss, Lori Gilmore (JL) (Entered: 08/28/2001) |
| 08/27/2001 | 7 | PETITION on Writ of Habeas Corpus as to Richard A. Brink with ORDER to issue writ ( Signed by USMJ William G. Bauer ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 09/05/2001) |
| 08/27/2001 | | WRIT of Habeas Corpus ad Prosequendum issued as to Richard A. Brink for 8/29/01 (TO) (Entered: 09/05/2001) |
| 08/29/2001 | 5 | ARREST WARRANT Returned Executed as to Richard A. Brink on 8/24/01 (BJB) (Entered: 08/31/2001) |
| 08/29/2001 | 6 | Detention hearing as to Richard A. Brink held before WGB. Government proffers. Defendant proffers. Hearing to be continued 9/11/01 @ 11:00 a.m. (WGB) (CM) (Entered: 08/31/2001) |
| 08/29/2001 | | Deadline updated as to Richard A. Brink, set Detention Hearing for 11:00 9/11/01 for Richard A. Brink (WGB) (CM) (Entered: 08/31/2001) |
| 09/04/2001 | 8 | PETITION on Writ of Habeas Corpus as to Richard A. Brink with ORDER to issue writ ( Signed by USMJ William G. Bauer ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 09/05/2001) |
| 09/04/2001 | | WRIT of Habeas Corpus ad Prosequendum issued as to Richard A. Brink for 9/11/01 (TO) (Entered: 09/05/2001) |
| 09/11/2001 | 9 | Minute entry as to Richard A. Brink :, reset Detention Hearing for 8:30 9/14/01 for Richard A. Brink (WGB) (CM) (Entered: 09/13/2001) |
| 09/12/2001 | 11 | WRIT of Habeas Corpus ad Prosequendum executed as to Richard A. Brink on 8/29/01 (TO) (Entered: 09/14/2001) |
| 09/12/2001 | 12 | WRIT of Habeas Corpus ad Prosequendum executed as to Richard A. Brink on 8/24/01 (TO) (Entered: 09/14/2001) |
| 09/13/2001 | 10 | PETITION on Writ of Habeas Corpus ad Prosequendum as to Richard A. Brink with ORDER to issue writ ( Signed by USMJ William G. Bauer ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 09/14/2001) |
| 09/13/2001 | | WRIT of Habeas Corpus ad Prosequendum issued as to Richard A. Brink for 9/14/01 (TO) (Entered: 09/14/2001) |
| 09/14/2001 | 13 | Matter on for continuation of detention hearing - not held. Defendant requests adjournment - matter reset to 9/26/01 @ 10:30 a.m. (WGB) (CM) (Entered: 09/14/2001) |

| | | |
|---|---|---|
| 09/14/2001 | | Deadline updated as to Richard A. Brink, reset Detention Hearing for 10:30 9/26/01 for Richard A. Brink (WGB) (CM) (Entered: 09/14/2001) |
| 09/19/2001 | 15 | PETITION on Writ of Habeas Corpus as to Richard A. Brink with ORDER to issue writ( Signed by USMJ William G. Bauer ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 09/21/2001) |
| 09/19/2001 | | WRIT of Habeas Corpus ad Prosequendum issued as to Richard A. Brink for 9/26/01 (TO) (Entered: 09/21/2001) |
| 09/21/2001 | 16 | WRIT of Habeas Corpus ad Prosequendum executed as to Richard A. Brink on 9/11/01 (TO) (Entered: 09/21/2001) |
| 09/26/2001 | 17 | Status Report as to Richard A. Brink held before WGB. Defendant requests entry of Coonan Order - granted. Current scheduling order to remain in place. (CM) (Entered: 09/27/2001) |
| 09/27/2001 | 18 | ORDER as to Richard A. Brink, that the US Marshal is authorizede and directed to take custody of the defendant and confine him at an approved place where the defendant shall be safely kept until discharged in due course of law until his presence is required at court proceedings on 10/22/01 at 9:00 ( Signed by USMJ William G. Bauer ) Notice and copy of order sent to William Clauss, Lori Gilmore (TO) (Entered: 09/28/2001) |
| 10/01/2001 | 19 | MOTION by Richard A. Brink for Discovery and Inspection , and to Suppress Evidence , and for Brady material , and for Disclosure of Witness Statements , and for Disclosure of Evidence , and for preservation of rough notes Motion Hearing set for 9:00 10/22/01 for Richard A. Brink (TO) (Entered: 10/03/2001) |
| 10/09/2001 | 20 | NOTICE of Rule 12 by USA as to Richard A. Brink (TO) (Entered: 10/10/2001) |
| 10/09/2001 | 21 | RESPONSE by USA as to Richard A. Brink in opposition to [19-1] motion for Discovery and Inspection, [19-2] motion to Suppress Evidence, [19-3] motion for Brady material, [19-4] motion for Disclosure of Witness Statements, [19-5] motion for Disclosure of Evidence, [19-6] motion for preservation of rough notes (TO) (Entered: 10/10/2001) |
| 10/10/2001 | 22 | PETITION on Writ of Habeas Corpus as to Richard A. Brink with ORDER to issue writ ( Signed by USMJ William G. Bauer ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 10/12/2001) |
| 10/10/2001 | | WRIT of Habeas Corpus ad Prosequendum issued as to Richard A. Brink for 10/22/01 (TO) (Entered: 10/12/2001) |
| 10/22/2001 | 23 | Minute entry as to Richard A. Brink : denying [19-1] motion for Discovery and Inspection without prejudice as to Richard A. Brink (1), denying [19-3] motion for Brady material without prejudice as to Richard A. Brink (1), denying [19-4] motion for Disclosure of Witness Statements as to Richard A. Brink without prejudice. denying [19-5] motion for Disclosure of Evidence without prejudice - material to be turned over two weeks before trial or at the |

| | | |
|---|---|---|
| | | pretrial conference , granting [19-6] motion for preservation of rough notes as Richard A. Brink (1), set Suppression Hearing for 1:30 11/8/01 for Richard A. Brink (WGB) (CM) (Entered: 10/22/2001) |
| 10/23/2001 | 24 | PETITION on Writ of Habeas Corpus as to Richard A. Brink with ORDER to issue writ ( Signed by USMJ William G. Bauer ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 10/24/2001) |
| 10/23/2001 | | WRIT of Habeas Corpus ad Prosequendum issued as to Richard A. Brink for 11/8/01 (TO) (Entered: 10/24/2001) |
| 11/01/2001 | 25 | SEALED DOCUMENT as to Richard A. Brink (ex parte app) (TO) (Entered: 11/02/2001) |
| 11/01/2001 | 26 | SEALED DOCUMENT as to Richard A. Brink (order in re: to #25) (TO) (Entered: 11/02/2001) |
| 11/07/2001 | 27 | WRIT of Habeas Corpus ad Prosequendum executed as to Richard A. Brink on 10/26/01 (TO) (Entered: 11/08/2001) |
| 11/07/2001 | 28 | WRIT of Habeas Corpus ad Prosequendum executed as to Richard A. Brink on 9/14/01 (TO) (Entered: 11/08/2001) |
| 11/07/2001 | 29 | WRIT of Habeas Corpus ad Prosequendum executed as to Richard A. Brink on 10/22/01 (TO) (Entered: 11/08/2001) |
| 11/08/2001 | 30 | Suppression hearing as to Richard A. Brink held. Defendant waives his presence during testimony. Government calls witnesses. Defndant calls witness. Continuation of hearing set for 11/29/01 (WGB). (CM) (Entered: 11/14/2001) |
| 11/08/2001 | | Deadline updated as to Richard A. Brink, set Suppression Hearing for 11/29/01 for Richard A. Brink (WGB) (CM) (Entered: 11/14/2001) |
| 11/16/2001 | 33 | WRIT of Habeas Corpus ad Prosequendum executed as to Richard A. Brink on 11/8/01 (TO) (Entered: 11/28/2001) |
| 11/26/2001 | 32 | TRANSCRIPT filed in case as to Richard A. Brink for dates of 11/8/01 before USMJ William Bauer, pages 1-186 (TO) (Entered: 11/26/2001) |
| 11/28/2001 | 34 | PETITION on Writ of Habeas Corpus as to Richard A. Brink with ORDER to issue writ ( Signed by USMJ William G. Bauer ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 11/29/2001) |
| 11/28/2001 | | WRIT of Habeas Corpus ad Prosequendum issued as to Richard A. Brink for 11/29/01 (TO) (Entered: 11/29/2001) |
| 11/29/2001 | 35 | Continuation of Suppression hearing as to Richard A. Brink held before WGB. Defendant calls witnesses. government rests. Defendant rests. When the transcript is filed, the Court will issue an order directing the defendant to file his post-hearing submission within 10 days; government shall have 10 days thereafter. The matter will be deemed submitted on that date. (CM) (Entered: 12/03/2001) |

| | | |
|---|---|---|
| 12/18/2001 | 36 | TRANSCRIPT filed in case as to Richard A. Brink for dates of 11/29/01 (supression hearing) before USMJ Bauer, pages 1-187 (TO) (Entered: 12/19/2001) |
| 12/20/2001 | 37 | WRIT of Habeas Corpus ad Prosequendum executed as to Richard A. Brink on 11/29/01 (TO) (Entered: 12/27/2001) |
| 12/20/2001 | 38 | SUBPOENA EXECUTED by Richard A. Brink (TO) (Entered: 12/27/2001) |
| 01/02/2002 | 39 | MOTION by Richard A. Brink to Suppress Evidence court to set return date (TO) (Entered: 01/03/2002) |
| 01/02/2002 | 40 | MEMORANDUM by Richard A. Brink in support of [39-1] motion to Suppress Evidence (TO) (Entered: 01/03/2002) |
| 01/07/2002 | 41 | ORDER as to Richard A. Brink, to Extend Time , and reset Status Conference for 9:30 1/23/02 for Richard A. Brink , and to Continue in Interests of Justice Time Excluded from 1/7/02 to 1/23/02 ( Signed by USMJ William G. Bauer ) Notice and copy of order sent to William Clauss, Lori Gilmore (TO) (Entered: 01/08/2002) |
| 01/07/2002 | 42 | PETITION on writ of habeas corpus ad as to Richard A. Brink with ORDER to issue writ ( Signed by Senior USDJ Michael A. Telesca ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 01/09/2002) |
| 01/07/2002 | | WRIT of Habeas Corpus ad Prosequendum issued as to Richard A. Brink for 1/15/02 (TO) (Entered: 01/09/2002) |
| 01/15/2002 | | Detention hearing and suppression hearing exbhits returned to Lori Gilmore, AUSA. (CM) (Entered: 01/15/2002) |
| 01/15/2002 | 43 | Plea Agreement as to Richard A. Brink (TO) (Entered: 01/16/2002) |
| 01/15/2002 | 44 | PLEA of Guilty: Richard A. Brink (1) count(s) 1 Terminated motions [39-1] motion to Suppress Evidence as to Richard A. Brink (1), [19-2] motion to Suppress Evidence as to Richard A. Brink (1) , and expidited Sentencing for 2/15/02 at 9:00 ; def. remains detained (MAT) (TO) (Entered: 01/16/2002) |
| 01/15/2002 | 45 | PETITION on writ of habeas corpus as to Richard A. Brink with ORDER to issue writ ( Signed by Senior USDJ Michael A. Telesca ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 01/16/2002) |
| 02/04/2002 | 46 | PETITION on Writ of Habeas Corpus as to Richard A. Brink with ORDER to issue writ ( Signed by Senior USDJ Michael A. Telesca ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 02/05/2002) |
| 02/04/2002 | | WRIT of Habeas Corpus ad Prosequendum issued as to Richard A. Brink for 2/21/02 (TO) (Entered: 02/05/2002) |
| 02/04/2002 | 49 | STATEMENT by Richard A. Brink as to Richard A. Brink With Respect to Sentencing Factors. (TO) (Entered: 02/21/2002) |
| 02/08/2002 | 47 | WRIT of Habeas Corpus ad Prosequendum returned unexecuted as to Richard A. Brink (TO) (Entered: 02/11/2002) |

| 02/11/2002 | 48 | STATEMENT by USA as to Richard A. Brink With Respect to Sentencing Factors. (TO) (Entered: 02/11/2002) |
|---|---|---|
| 02/15/2002 | 50 | Sentencing reset for 2/21/02 for Richard A. Brink (MAT) (TO) (Entered: 02/22/2002) |
| 02/21/2002 | 51 | Sentencing held Richard A. Brink (1) count(s) 1 Richard A. Brink (1) count(s) 1. Defendant is hereby committed to the custody of the BOP for incarceration for a term of 63 months to run concurrently with the state sentence of 24 months for parole violation currently being served; upon release def. shall be placed on supervised release for a term of 3 years; with conditions of supervision; def. shall pay SPA of $100.00 (MAT) (TO) (Entered: 02/25/2002) |
| 02/21/2002 |  | DISMISSAL of Count(s) on Government Motion as to Richard A. Brink Counts Dismissed: Richard A. Brink (1) count(s) 2 upon dismissal of the United States (TO) (Entered: 02/25/2002) |
| 02/21/2002 | 52 | JUDGMENT as to Richard A. Brink Richard A. Brink (1) count(s) 1. Defendant is hereby committed to the custody of the BOP for incarceration for a term of 63 months to run concurrently with the state sentence of 24 months for parole violation currently being served; upon release def. shall be placed on supervised release for a term of 3 years; with conditions of supervision; def. shall pay SPA of $100.00 ;Richard A. Brink (1) count(s) 2. dismissed ( Signed by Senior USDJ Michael A. Telesca ) Notice and copy to William Clauss, Lori Gilmore (TO) (Entered: 02/25/2002) |
| 02/21/2002 |  | (Court only) **Case closed Richard A. Brink (all defendants) party Richard A. Brink (TO) (Entered: 02/25/2002) |
| 02/21/2002 |  | (Court only) **JS3 Closing Card for Richard A. Brink (TO) (Entered: 02/25/2002) |
| 02/27/2002 | 53 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Richard A. Brink (TO) (Entered: 02/28/2002) |
| 08/19/2004 | 54 | MOTION to Remand and or MOTION to Vacate sentence by Richard A. Brink. (TO, ) (Entered: 08/19/2004) |
| 08/23/2004 |  | NOTICE: Set/Reset Deadlines re Motion or Report and Recommendation in case as to Richard A. Brink 54 MOTION to Remand. Motion Hearing set for 9/23/2004 Hon. Michael A. Telesca. Motion will be considered submitted without argument. No court appearances will be required. Cy. of notice mailed to defendant. (MS, ) (Entered: 08/23/2004) |
| 09/23/2004 | 55 | RESPONSE to Motion by USA as to Richard A. Brink re 54 MOTION to Remand *Government's Response to Petitioner's Motion Pursuant to Federal Rule of Civil Procedure 60(b)(6)* (Romanow, Julia) (Entered: 09/23/2004) |
| 09/24/2004 | 56 | Minute Entry for proceedings held before Judge Michael A. Telesca :Motion Hearing as to Richard A. Brink held on 9/23/2004 re 54 MOTION to Remand filed by Richard A. Brink. Motion submitted. No appearances. (MS, ) |

| | | |
|---|---|---|
| | | (Entered: 09/24/2004) |
| 10/29/2004 | 📄 57 | ORDER denying 54 Defendant's Motion to Remand and denying 54 Defendant's Motion to Vacate as to Richard A. Brink. Signed by Judge Michael A. Telesca on 10/29/04. (Countryman, J.) (Entered: 10/29/2004) |
| 05/13/2008 | 📄 58 | Probation Jurisdiction Transferred to Middle District of Florida as to Richard A. Brink Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (TO) (Entered: 05/13/2008) |

## IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

October 2000 Grand Jury
(Empaneled October 6, 2000)

The United States of America

-vs-

Richard A. Brink

01-CR-60817(A)

**INDICTMENT**

Violation:
18 U.S.C. § 922(g)(1)

FILED 01 AUG 21 PM 3:55 US DISTRICT COURT NY-ROCHESTER

### Count I

**The Grand Jury Charges:**

On or about the 19th day of July 2001 in the Western District of New York, the defendant, **RICHARD A. BRINK**, having been convicted on or about the 3rd day of May 1999 in Monroe County Court, Rochester, New York, of a crime punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, a firearm, namely, one (1) Colt 380 caliber semi-automatic pistol, Model Mustang, bearing the serial number MS18603.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of New York
Date Filed: _____
Rodney C. Early, Clerk

FORM DBD-34
JUN 85

No. _____ 01-CR-_____

# UNITED STATES DISTRICT COURT

Western District of _____ New York _____ Division

THE UNITED STATES OF AMERICA

vs.

RICHARD A. BRINK

## INDICTMENT

A true bill.

_____
Foreman

Filed in open court this _____
day of _____ A.D. _____

_____
Clerk

Bail, $ _____

---

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of New York

Date Filed: 8/21/01
Rodney C. Early, Clerk

By: _____ Deputy Clerk

♦AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

894 E    Timothy C. Englerth

# UNITED STATES DISTRICT COURT

WESTERN District of NEW YORK

UNITED STATES OF AMERICA
V.
Richard Brink

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 01-CR-6081T

William Clauss, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:922(g)(1) | Possession of a Firearm by a Felon | 7/9/01 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  2  ☐ is  ☒ are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: May 7, 1981

Defendant's USM No.: 10780-055

Defendant's Residence Address:
c/o Monroe County Jail
130 South Plymouth Avenue
Rochester, New York 14614

February 21, 2002
Date of Imposition of Judgment

_Michael A. Telesca_
Signature of Judicial Officer

Michael A. Telesca, U.S.D.J.
Name and Title of Judicial Officer

Feb 21, 2002
Date

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of New York
2/21/02
Date Filed:
Rodney C. Early, Clerk
By: _____ Deputy Clerk

#52

DEFENDANT: Richard Brink
CASE NUMBER: 01-CR-6081T

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of ___63 months to be served concurrently with the state sentence of 24 months for a parole violation___ currently being served by the defendant.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Richard Brink  
CASE NUMBER: 01-CR-6081T

Judgment—Page __3__ of __6__

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term   3 years

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Richard Brink
CASE NUMBER: 01-CR-6081T

Judgment—Page 4 of 6

# SPECIAL CONDITIONS OF SUPERVISION

Defendant is to submit to random drug testing and if indicated by the testing, is to complete a drug alcohol evaluation and enter into any treatment as directed by the probation office. Defendant is not to leave treatment until discharge is agreed to by the probation office and treating agency. If in treatment, defendant is to abstain from the use of alcohol. Defendant is required to contribute to the costs of services rendered (co-payment) in an amount to be determined by the probation officer based on ability to pay or availability of third party payment.

Defendant shall provide the probation officer with access to any requested financial information.

Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

Defendant shall seek and maintain full-time employment. If not employed, defendant shall participate in a vocational and/or education program as deemed appropriate by the probation office.

Defendant shall submit to a search of his person, property, vehicle and personal residence as determined by the probation officer.

DEFENDANT:    Richard Brink
CASE NUMBER:    01-CR-6081T

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ |

☐    The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐    The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| TOTALS | $ | $ |
|---|---|---|

☐    If applicable, restitution amount ordered pursuant to plea agreement    $ _____

☐    The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

     ☐    the interest requirement is waived for the    ☐ fine    ☐ restitution.

     ☐    the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B     (Rev. 3/01) Judgment in a Criminal Case                                                 Timothy C. Englerth
Sheet 6 — Criminal Monetary Penalties

| | | Judgment — Page 6 of 6 |
|---|---|---|
| DEFENDANT: | Richard Brink | |
| CASE NUMBER: | 01-CR-6081T | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☐ Lump sum payment of $_____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

**B** ☐ Payment to begin immediately (may be combined ☐ C, ☐ D, or ☐ E below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☒ Special instructions regarding the payment of criminal monetary penalties:

    The $100.00 special penalty assessment is due in full immediately.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

USA

                             Plaintiff(s)

   v.                                        6:01-cr-06081

Brink

                            Defendant(s)

---

PLEASE take notice of the entry of a JUDGMENT filed on 2/21/02, of which the within is a copy, and entered 2/25/02 upon the official docket in this case. (Document No. 52 .)

Dated:  Rochester, New York
        February 25, 2002

                                      RODNEY C. EARLY, Clerk
                                      U.S. District Court
                                      Western District of New York
                                      2120 U.S. Courthouse
                                      100 State Street
                                      Rochester, New York 14614

Enclosure
TO:
      Lori Gilmore, Esq.
      William Clauss, Esq.