# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-vs-          Case No.     3:06-CR291-J-32HTS
                                                                                               3:08-cr-140-J-32MCR

**RICHARD BRINK**                         Defense Atty.: James H. Burke, Jr.
                                                                                   AUSA: Dale Campion

| JUDGE | Monte C. Richardson<br>U. S. Magistrate Judge | DATE AND TIME | 6/10/2008<br>11:45 a.m. - 12:02 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Sharon H. Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None | PRETRIAL/PROBATION: | Joseph Pinto |

## CLERK'S MINUTES

**PROCEEDINGS:**                 **INITIAL APPEARANCE (VOSR)**

Court requested presence of counsel for possible appointment.

Defendant arrested by U.S. Marshal Service on June 9, 2008 on Violation of Conditions of Supervised Release out of the Middle District of Florida

Defendant requested court appointed counsel.  Defendant placed under oath and questioned regarding financial ability to employ counsel.  Based on Defendant's financial affidavit, the Court appoints the Federal Public Defender.

Defendant advised of rights, charges, penalties and special assessment.

Government orally moved for detention

Defense counsel advised that Defendant wanted to proceed with the matter of detention

Government request for continuance of detention hearing until June 12, 2008 is Granted.

**DETENTION IS SET BEFORE JUDGE MONTE C. RICHARDSON ON JUNE 12, 2008 AT 11:30 A.M.**

Order of Temporary Detention to enter.

Filed in Open Court:
        CJA 23 Financial Affidavit

cc:      Marielena Diaz