**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.

**RICHARD BRINK**

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

**CASE NO.**  3:06-cr-291-J-32HTS
3:08-cr-140-J-32MCR

---

Upon oral motion of the defendant to continue the detention hearing, the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is reset for **June 16, 2008** at **11:00 A.M.** before the Honorable **Monte C. Richardson, United States Magistrate Judge** in **Courtroom No. 5C, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.** The defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: June 12, 2008

_Monte C. Richardson_
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Asst. U.S. Attorney (Campion)
Federal Public Defender (Bailey)
U.S. Marshal
U.S. Probation
U.S. Pretrial Services