# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.  3:06-cr-291-J-32HTS
3:08-cr-170-J-32MCR

RICHARD BRINK  Defense Atty.: Maurice Grant
AUSA: Dale Campion

| JUDGE | Monte C. Richardson<br>U. S. Magistrate Judge | DATE AND TIME | 6/16/2008<br>11:19 a.m. - 11:42 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Sharon H. Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None | PRETRIAL/PROBATION: | Joseph Pinto |

## CLERK'S MINUTES

**PROCEEDINGS: DETENTION HEARING**

Proffer by Government

Defense witness: William Tyler, placed under oath and questioned by both counsel

Proffer by Defense

Defendant ordered detained pending final revocation. **ORDER TO ENTER**

Defense counsel advised that Defendant wished to waive his preliminary hearing. Court questioned Defendant regarding his desire to waive the hearing and found that he did so knowingly and voluntarily. Further, the Court found that there is probable cause to believe the offenses were committed. **WAIVER OF PRELIMINARY HEARING EXECUTED AND FILED IN OPEN COURT. ORDER TO ENTER.**

**FINAL REVOCATION HEARING TO BE SET BEFORE THE HONORABLE TIMOTHY J. CORRIGAN**

Copies furnished to:
Marielena Diaz