AO 442  (Rev. 05/07)  Warrant for Arrest

Received
U.S. Marshals
MAY 23 2008
Middle District of Florida
Jacksonville Division

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Florida _____

UNITED STATES OF AMERICA

V.

Richard Brink

## WARRANT FOR ARREST

Case Number:  3:08-cr-140-J-32MCR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Richard Brink _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☒ Violation Notice

charging him with (brief description of offense)

See attached Petition.

Patrick Divita
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

MAY 23 2008    Jacksonville, Fla.
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 6/4/08 | NAME AND TITLE OF ARRESTING OFFICER PIMIENTA, Brent  DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/9/08 | | |