F I L E D
4/24/09

CLERK, U. S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| V. | CASE NUMBER: 3:06-cr-291-J-32HTS & |
| | 3:08-cr-140-J-32MCR |
| | USM NUMBER: 10780-055 |
| RICHARD BRINK | |
| | Defendant's Attorney: Susan Good Yazgi |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers **One, Two, Three and Four (1, 2, 3, & 4)** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Excessive use of alcohol | September 21, 2008 |
| 2 | Failure to reside in Residential Re-entry Center | September 22, 2008 |
| 3 | Failure to Report | September 22, 2008 |
| 4 | Travel outside the district without permission | February 19, 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant is discharged as to charge number **Five (5)**.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 22, 2009

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: April 24, 2009

Defendant: RICHARD BRINK  Judgment - Page 2 of 2
Case No.: 3:06-cr-291-J-32HTS & 3:08-cr-140-J-32MCR

c

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOURTEEN (14) MONTHS (concurrent in both cases).**

__X__ The Court makes the following recommendations to the Bureau of Prisons:

- **Incarceration in FCI Ray Brook, New York**

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.  p.m.  on _____.
    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.
    ____ as notified by the United States Marshal.
    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL